**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Suite 960
 Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
CEDRIC CHAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC CHAN,<br><br>              Plaintiff,<br><br>     vs.<br><br>GC SERVICES, LP,<br><br>              Defendant(s). | Case No.: 2:15-cv-03483-MMM-JPR<br><br>**NOTICE OF SETTLEMENT** |

   NOW COMES Plaintiff, CEDRIC CHAN, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settlement the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* voluntary dismissal,

///

///

- 1 -

NOTICE OF SETTLEMENT

1  with prejudice, within sixty (60) days.
2
3                                    RESPECTFULLY SUBMITTED,
4  Dated: June 30, 2015              **MARTIN & BONTRAGER, APC**
5
6                                    By: /s/ Nicholas J. Bontrager
7                                         Nicholas J. Bontrager
8                                         *Attorney for Plaintiff*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28