**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Suite 960
 Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
CEDRIC CHAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CEDRIC CHAN, <br><br> Plaintiff, <br><br> vs. <br><br> GC SERVICES, LP, <br><br> Defendant(s). | Case No.: 2:15-cv-03483-MMM-JPR <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff Cedric Chan, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that he voluntarily dismisses all claims in this action as to himself in his individual capacity *with prejudice*. Defendant GC Services, LP has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

| | |
|---|---|
| | RESPECTFULLY SUBMITTED, |
| Dated: July 7, 2015 | **MARTIN & BONTRAGER, APC** |
| | By: <u>/s/ Nicholas J. Bontrager</u> |
| | Nicholas J. Bontrager |
| | *Attorney for Plaintiff* |

- 2 -

NOTICE OF VOLUNTARY DISMISSAL